UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 2:19-cr-00151-JFL-3 |
| | : | |
| NOEL REGALADO-ROJAS, | : | |
| Defendant | : | |

**O R D E R**

**AND NOW**, this 30th day of September, 2026, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The motion filed by Defendant Regalado-Rojas requesting consideration of time spent in custody in the Dominican Republic pending extradition, ECF No. 622, is **DISMISSED**.

2. This case remains **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge